IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DOVEY LYNN SMALL, | ) |
| Petitioner, | ) Case No. CV-00-112-S-EJL |
| v. | ) **JUDGMENT** |
| DAN COPELAND, | ) |
| Respondent. | ) |

The Court previously entered an Order dismissing this action with prejudice.

Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED with prejudice.

DATED: **September 30, 2009**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

**JUDGMENT  1**